UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PATRICK D. HILL, <br><br> Plaintiff, <br><br> v. <br><br> CREDIT CONTROL, LLC, <br><br> Defendant. | Case No. 3:20-cv-01737 |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Patrick D. Hill ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant Credit Control, LLC, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

Respectfully submitted this 28th day of September 2020.

    Respectfully submitted,

    *s/ Alexander J. Taylor*
    Alexander J. Taylor
    Sulaiman Law Group, Ltd.
    2500 S. Highland Avenue, Suite 200
    Lombard, IL 60148
    Phone: (630) 575-8181
    ataylor@sulaimanlaw.com
    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

<u>*s/ Alexander J. Taylor*</u>
Alexander J. Taylor