UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PATRICK D. HILL,<br><br>Plaintiff,<br><br>    v.<br><br>CREDIT CONTROL, LLC,<br><br>Defendant. | Case No. 3:20-cv-01737<br><br>Honorable Judge David C. Godbey |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Patrick D. Hill and Defendant Credit Control, LLC through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

Dated: October 23, 2020

**PATRICK D. HILL**

*/s/ Alexander J. Taylor*
Alexander J. Taylor
*Counsel for Plaintiff*
Sulaiman Law Group, LTD

2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8181
ataylor@sulaimanlaw.com

Respectfully Submitted,

**CLIENT SERVICES, INC.**

*/s/ Eugene Xerxes Martin, IV (with consent)*
Eugene Xerxes Martin, IV
*Counsel for Defendant*
Malone Frost Martin PLLC
NorthPark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
Phone: (214) 346-2630
xmartin@mamlaw.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                          */s/ Alexander J. Taylor*
                                          Alexander J. Taylor